In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands Located on Hicks and Huntington Streets, Adjoining Premises of Public School No. 27, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion to confirm report of official referee and to direct city chamberlain to pay award to Joseph Brennan granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

In the Matter of the Application of THERESA LESHIN,for the Appointment of a Referee to Assess Damages by Reason of an Injunction Granted to the Respondents MORRIS SCHNEIDER and PAULINE B. SCHNEIDER.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

In the Matter of the Appeal of THOMAS J. McGUIRE, Appellant, against MARK D. STILES, as Commissioner of Public Safety of the City of Mt. Vernon, Respondent.— Motion to dispense with printing record denied. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

In the Matter of the Corporate Meeting and Election of Trustees of the WASHINGTON AVENUE BAPTIST CHURCH.— Motion for leave to argue appeal on original papers denied. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

HARRIS JOSEPHSON, Appellant, v. HARRY SCHWARTZ, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

BENJAMIN MARTIN, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Motion to stay execution of judgment granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

MORRIS MATZNER, Respondent, v. ELIZABETH FRITZ, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

MUNICIPAL SASH AND DOOR CO., INC., Respondent, v. W. H. BUILDING CORPORATION and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellants.— Motion for reargument of appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

VIOLA MYERS and Another, Respondents, v. HENRY J. MYERS, THE BANKERS TRUST COMPANY, CATHLEEN HARRIET MYERS and MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, etc., Appellants, and Others, Defendants.— Motion for allowance for services to infant upon appeals to this court denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ELSIE OSTERHOUT, Respondent, v. ANDREW OSTERHOUT, Appellant.— Motion for stay pending appeal denied. Present — Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM BRESLIN, Appellant.— Motion to vacate order dismissing appeal granted on consent, and case restored to calendar, to be heard at the February, 1929, term. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.